UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No.05-10033-T |
| vs. ) | |
| ) | |
| MICHAEL RAMERIZ ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Michael Rameriz, DOB 01-23-75, SSN 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, now being detained in the Haywood County Jail, Brownsville, Tennessee, appear before Magistrate Thomas Anderson on the 17th day of TUESDAY MAY (2:00 P.M), 2005 for an Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 25th day of April, 2005.

_____
Jerry R. Kitchen
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Haywood County Jail, Brownsville, Tennessee.

YOU ARE HEREBY COMMANDED to have Michael Rameriz appear before the Magistrate Thomas Anderson at the date and time aforementioned.

ENTERED this 25th day of April, 2005.

_____
S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/2/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CR-10033 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

S. Drake Martin
SPENCER & MARTIN
202 W. Baltimore Street
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT