UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division

FILED BY_____D.C.

05 MAY 17 PM 4: 17

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

UNITED STATES OF AMERICA

-vs-

Case No. 1:05cr10033-001T

MICHAEL RAMIREZ

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING[1] PURSUANT TO
## BAIL REFORM ACT

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for **FRIDAY, MAY 20, 2005** at **2:00 P.M.** before United States Magistrate **Judge S. Thomas Anderson** in **Courtroom No. 407, Fourth Floor**, United States Courthouse and Federal Building, 111 South Highland, Jackson, TN . Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date:   May 17, 2005

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/18/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CR-10033 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

S. Drake Martin
SPENCER & MARTIN
202 W. Baltimore Street
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT