IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE FILED BY_____D.C.
EASTERN DIVISION

**05 MAY 20  PM 4:30**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL RAMIREZ,

        Defendant.

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

Cr. No. 05-10033-T

---

## ORDER ON ARRAIGNMENT

---

This cause came to be heard on May 20, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained:

NAME:          Drake Martin
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his/her present bond.

_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

*S. Thomas Anderson*
S. THOMAS ANDERSON
United States Magistrate Judge

Charges:     conspiracy to steal and distribute materials and compounds containing controlled substances and possession with intent to distribute controlled substances

Assistant U.S. Attorney assigned to case: Kitchen

Rule 32 was: _____ waived _____ not waived.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/24/05

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CR-10033 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

S. Drake Martin
SPENCER & MARTIN
202 W. Baltimore Street
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT