FILED BY _lu_ D.C.

05 JUN 30 PM 3:36

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W.D OF TN-JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                                           CR NO. 1:05-10033-01-T

MICHAEL RAMERIZ

ORDER ON CHANGE OF PLEA

This cause came on to be heard on June 24, 2005, Assistant U. S. Attorney, Jerry Kitchen, appearing for the government, and the defendant appeared in person and with counsel, S. Drake Martin, who was retained.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Counts 1 of the Indictment.

This case has been set for sentencing on **Friday, September 23, 2005, at 9:00 A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE:  30 June 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7/1/05__

34



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:05-CR-10033 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

S. Drake Martin
SPENCER & MARTIN
202 W. Baltimore Street
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT