PS 42
(Rev 7/93)

## United States District Court

### Western District of Tennessee

**FILED BY**

JUL 14 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

**United States of America** )
)
vs )
)
Michael Rameriz )     Case No. 05-10033-01

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Michael Rameriz, have discussed with Carolyn W. Moore, Pretrial Services Officer, modification of my release conditions as follows:

Defendant is ordered to report to the U. S. Pretrial Services Office as directed instead of the U. S. Probation Office as stated in the Order Setting Conditions of Release.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   6-28-05    Carolyn W. Moore    6/29/05
Signature of Defendant        Date      Pretrial Services Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   7-11-05
Signature of Defense Counsel    Date

[✓] The above modification of conditions of release is ordered, to be effective on  14 July 2005

[ ] The above modification of conditions of release is not ordered.

_____   14 July 2005
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  7/15/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 1:05-CR-10033 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

S. Drake Martin
SPENCER & MARTIN
202 W. Baltimore Street
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT